
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BLAIR KITTLE (SBN 336337)
bkittle@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff and Guardian ad litem*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH ROOTENBERG, individually and through proposed court-appointed Guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC. a Delaware Corporation and CHARLES SCHWAB BANK, SSB, a Texas-chartered state savings bank, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-007645-JFW-RAO<br><br>**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

---

**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; CASE NO. 2:24-cv-07645**

## [PROPOSED] ORDER

Plaintiff Ruth Rootenberg's complaint is DISMISSED WITHOUT PREJUDICE. The Parties to bear their own costs.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
HON. JOHN F. WALTER

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

*/s/ Theresa E. Vitale*
THERESA E. VITALE